

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABB VERWALTUNGS LTD,

        Plaintiff,

-against-

GENERAL ELECTRIC COMPANY,

        Defendant.

19-CV-8372 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court held a telephonic status conference on June 8, 2020. As requested in the parties' joint pre-conference status letter filed on June 1, 2020 (Dkt. No. 40), the Initial Case Management Order dated December 10, 2019 (Dkt. No. 28), as previously modified by the Order dated March 16, 2020 (Dkt. No. 36), is further modified as follows:

1. <u>Fact Discovery</u>. All remaining fact discovery, including depositions, shall be completed no later than **October 23, 2020**.

2. <u>Expert Reports</u>. Initial expert reports shall be exchanged no later than **October 30, 2020**. Reply expert reports shall be exchanged no later than **November 13, 2020**.

3. <u>Status Conference</u>. Judge Moses will conduct a status conference on **October 15, 2020, at 10:00 a.m.** The conference will be held telephonically, unless otherwise ordered by the Court. To attend the conference, the parties shall call (888) 557-8511 and enter the access code 7746387. No later than **October 8, 2020**, the parties shall file a joint status letter, updating the Court on the progress of discovery to date, whether expert discovery will be necessary (and, in particular, whether the parties intend to conduct expert depositions), and the status of any settlement negotiations.

4. <u>Summary Judgment</u>. Summary judgment motions shall be filed no later than **December 4, 2020**. Oppositions shall be filed no later than **December 23, 2020**, and reply briefs shall be filed no later than **January 15, 2021**.

The parties have requested a settlement conference with a magistrate judge not otherwise assigned to this action. That issue will be addressed in a separate order.

Dated: New York, New York
       June 8, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**