USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABB Verwaltungs Ltd,

        Plaintiff,

-against-

General Electric Company,

        Defendant.

19-CV-08372 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The parties having requested a reference to a magistrate judge for settlement, the parties are directed to submit a joint letter by email to the chambers of the Honorable Stewart D. Aaron, at Aaron_NYSDChambers@nysd.uscourts.gov, offering three mutually available dates for a conference under Judge Aaron's supervision.

Dated:  New York, New York
         June 8, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**