```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABB Verwaltungs Ltd.,

                    Plaintiff,

-against-

General Electric Company

                    Defendant.

1:19-cv-08372- (BSM)(SDA)

ORDER SCHEDULING TELEPHONIC
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference shall take place remotely before Magistrate Judge Stewart D. Aaron on Thursday, July 2, 2020 at 8:30 a.m. EST. The conference shall proceed using a private Zoom account to be supplied by the parties.

At least one day prior to the Settlement Conference, the parties shall provide a Zoom link to Judge Aaron. The parties shall comply with the Settlement Conference Procedures for Judge Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:      New York, New York
                 June 16, 2020

_____
STEWART D. AARON
United States Magistrate Judge